Certificate Number: 03621-PAE-DE-041050529

Bankruptcy Case Number: 21-12533



03621-PAE-DE-041050529

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2026, at 8:58 o'clock AM EDT, Brian James Madonna completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 3, 2026                          By:      /s/Wafaa Elmaaroufi

                                             Name:   Wafaa Elmaaroufi

                                             Title:   Credit Counselor