**Fill in this information to identify the case:**

Debtor 1 **BRIAN  JAMES MADONNA**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania**

(State)

Case Number **21-12533-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:** PNC BANK,N.A.

Court claim no. (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 6  4  4  8

**Property Address:** 421 COMPASS ROAD
Number        Street

PARKESBURG                                                    PA     19365
City                                                      State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 38,933.32 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 38,933.32 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 38,933.32 |

**Part 4:    Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $_____-0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:    Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $_____-0-

**Part 6:    A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Kenneth E. West _____          Date     06/10/2026 _____
     Signature

Trustee      Kenneth E. West _____
             First Name          Middle Name          Last Name

Address      190 N. Independence Mall West, Suite 701 _____
             Number       Street

             Philadelphia _____     PA      19106 _____
             City                                State    ZIP Code

Contact phone  (215) 627-1377 _____          Email  info@ph13trustee.com _____

| Debtor 1 | **BRIAN  JAMES MADONNA** | | | Case Number **21-12533-DJB** | | Page 1 |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 06/09/2022 | 3011282 | Disbursement To Creditor/Principal | 3,917.20 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 07/12/2022 | 3012571 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 08/16/2022 | 3013880 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 09/08/2022 | 3015037 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 10/11/2022 | 3016208 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 11/15/2022 | 3017493 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 12/13/2022 | 3018752 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 01/10/2023 | 3019980 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 02/08/2023 | 3021177 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 03/09/2023 | 3022434 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 04/12/2023 | 3023685 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 05/09/2023 | 3024945 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 06/13/2023 | 3026127 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 07/13/2023 | 3027262 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 08/15/2023 | 3028404 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 09/18/2023 | 3029585 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 10/10/2023 | 3030599 | Disbursement To Creditor/Principal | 809.60 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 11/09/2023 | 3031575 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 12/21/2023 | 4000434 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 01/16/2024 | 4001290 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 02/12/2024 | 4002195 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 03/12/2024 | 4003117 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 04/10/2024 | 4004033 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 05/13/2024 | 4004942 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 06/14/2024 | 4005870 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 07/17/2024 | 4006823 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 08/14/2024 | 4007750 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 09/11/2024 | 4008592 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 10/16/2024 | 4009458 | Disbursement To Creditor/Principal | 792.00 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 11/13/2024 | 4010373 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 12/11/2024 | 4011209 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 01/15/2025 | 4012063 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 02/12/2025 | 4012925 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 03/12/2025 | 4013776 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 04/15/2025 | 4014632 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 05/14/2025 | 4015514 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 06/11/2025 | 4016375 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 07/16/2025 | 4017196 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 08/13/2025 | 4018044 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 09/10/2025 | 4018880 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 10/15/2025 | 4019729 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 11/19/2025 | 4020624 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 12/10/2025 | 4021504 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 01/14/2026 | 4022279 | Disbursement To Creditor/Principal | 800.80 |
| 3 | PNC BANK,N.A. | Secured Arrears Mortgage | 02/11/2026 | 4023164 | Disbursement To Creditor/Principal | 546.52 |

Total for Claim Number 3: 38,933.32

**Total for Part 3 - b (Prepetition Arrears):** **38,933.32**