United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Case No. 21-12533-djb

Brian James Madonna

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: 138OBJ | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian James Madonna, 421 Compass Rd., Parkesburg, PA 19365-2124 |
| 14637335 | + | TIAA, FSB, c/o, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14637655 | + | TIAA, FSB, c/o Marisa Meyers Cohen, Esq., 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14636340 | + | Tiaa Bank, Attn: Bankruptcy, 301 West Bay Street, Jacksonville, FL 32202-5147 |
| 14636341 | + | Treatment Manag, 103 S Main Street, Ottawa, KS 66067-2327 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 12 2026 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2026 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14636336 | ^ | MEBN | Jun 12 2026 00:35:10 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14649635 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 12 2026 00:40:00 | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14636337 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 12 2026 00:40:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14636338 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2026 00:49:37 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14647317 | ^ | MEBN | Jun 12 2026 00:35:16 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14688685 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 12 2026 00:39:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14799689 | ^ | MEBN | Jun 12 2026 00:35:15 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14636339 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 12 2026 00:39:01 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14651661 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 12 2026 00:39:00 | TIAA, FSB, c/o LoanCare Servicing LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 11

District/off: 0313-2                        User: admin                                    Page 2 of 2
Date Rcvd: Jun 11, 2026                     Form ID: 138OBJ                                 Total Noticed: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor TIAA  FSB nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| ANTHONY A. FRIGO | on behalf of Debtor Brian James Madonna anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor TIAA  FSB ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 67 – 65

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             )
   Brian James Madonna                        )        Case No. 21−12533−djb
   aka Brian J. Madonna                       )
   aka Brian Madonna                          )
                                               )        Chapter: 13
   Debtor(s).                                  )
                                               )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 11, 2026                                          For The Court

                                                           Mohung Wong
                                                           Clerk of Court