**_UNITED STATES BANKRUPTCY COURT_**
**_EASTERN DISTRICT OF PENNSYLVANIA_**

In re: : Chapter 13

Brian James Madonna : Case No. 21−12533−djb
Debtor(s)

## _ORDER_

AND NOW, this day , September 30, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Derek J Baker
Judge, United States Bankruptcy Court

Form 195