**Fill in this information to identify the case:**

Debtor 1 ___Brian James Madonna aka Brian J. Madonna aka Brian Madonna___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __EASTERN_____ District of __PA_____
(State)

Case number ___21-12533-mdc_____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** __TIAA, FSB_____      **Court claim no**. (if known): __3_____

**Last 4 digits** of any number you use to identify the debtor's account:        __3492__ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒  No

❑  Yes.  Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | __11/23/2021_____ | (5) | $ __700.00__ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | _____ | (10) | $ _____ |
| 11. Other.  Specify:__410 A preparation fee_____ | __11/23/2021_____ | (11) | $ __250.00__ |
| 12. Other.  Specify:_____ | _____ | (12) | $ _____ |
| 13. Other.  Specify:_____ | _____ | (13) | $ _____ |
| 14. Other.  Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Brian James Madonna aka Brian J. Madonna aka Brian Madonna     Case number *(if known)* 21-12533-mdc
      First Name      Middle Name      Last Name

---

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖    /s/ Andrew M. Lubin         Date   03/16/2022
        Signature

Print:    Andrew M. Lubin        Title   Attorney for creditor
       First Name     Middle Name     Last Name

Company    McCabe, Weisberg & Conway, LLC

Address    123 S. Broad Street, Suite 1400
       Number       Street
       Philadelphia, PA 19109
       City          State     ZIP Code

Contact phone   ( 215 ) 790 – 1010        Email ecfmail@mwc-law.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   Brian James Madonna aka Brian J. Madonna aka Brian Madonna | Chapter 13 <br> Bankruptcy No. 21-12533-mdc |
| Debtor(s) | |
| TIAA, FSB, or its Successor or Assignee <br> Movant <br> vs. | |
| Kenneth E. West, Trustee <br> Brian James Madonna aka Brian J. Madonna aka Brian Madonna <br> Respondent(s) | |

### CERTIFICATION OF SERVICE OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Andrew M. Lubin, attorney for TIAA, FSB, hereby certify that I served a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 16, 2022

Brian James Madonna aka Brian J. Madonna aka Brian Madonna
421 Compass Rd.
Parkesburg, Pennsylvania 19365

ANTHONY A. FRIGO
The Law Offices of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087
Attorney for Debtor

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, Pennsylvania 19107
Trustee

United States Trustee
Office of United States Trustee
200 Chestnut Street Suite 502
Philadelphia, Pennsylvania 19106

/s/ Andrew M. Lubin
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
JAMES FRENCH, ESQUIRE ID # 319597
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for TIAA, FSB
123 South Broad Street, Suite 1400
Philadelphia, PA 19109

Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com